MICHAEL BUNZELLMAN, Respondent, v. MAXWELL-CHALMERS SALES COR-PORATION, INC., Appellant.— Order reversed, with ten dollars costs and disburse-

ments, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.